UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINTON DIVISION
CIVIL ACTION NO. 5:17-CV-00123-JMH

In re: 56 Wilson Blvd., Beattyville, Kentucky 41311

UNITED STATES OF AMERICA                                    PLAINTIFF

v.

MICHELLE LITTLE (a/k/a MICHELLE L. LITTLE),
UNKNOWN SPOUSE OF MICHELLE LITTLE
(a/k/a MICHELLE L. LITTLE),
BEATTYVILLE HOUSING AND DEVELOPMENT
CORPORATION, INC., and
CAPITAL ONE BANK (USA), N.A.                                DEFENDANTS

### PLAINTIFF'S ANSWER TO COUNTERCLAIM OF DEFENDANT, BEATTYVILLE HOUSING AND DEVELOPMENT CORPORATION, INC.

Comes now, Plaintiff, United States of America, on behalf of its Department of Agriculture, Rural Housing Service ("RHS"), by and through counsel, and for its Answer to the Counterclaim filed by defendant, Beattyville Housing and Development Corporation, Inc., hereinafter referred to as "BHDC", states as follows:

1. Plaintiff is without sufficient knowledge to admit or deny the allegations contained in Paragraph 1 and therefore denies said allegations in Paragraph 1.

2. Plaintiff admits that defendant Michelle Little (a/k/a Michelle L. Little) executed a Mortgage in favor of the defendant BHDC, as alleged in Paragraph 2, which mortgage lien is subordinate in priority to the first mortgage lien on the subject property in favor of the Plaintiff.

3. Plaintiff is without sufficient knowledge to admit or deny the allegations contained in Paragraphs 3, 4, 5, and 6, and therefore denies said allegations in Paragraphs 3, 4, 5, and 6.

4. Plaintiff admits to the allegations contained in Paragraph 7.

WHEREFORE, Plaintiff demands that its lien on the subject real property be adjudged first and superior in priority to all other liens therein, and to any other relief which it may be entitled.

Respectfully Submitted,

By: /s/ Lauren B. Durham
Attorney for the Plaintiff:
James S. Watson/ Lauren B. Durham
Foreman Watson Holtrey, LLP
530 Frederica Street
Owensboro, Kentucky 42301
Phone: (270)689-2424
Fax: (270)689-2412

# CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2017 I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

**Beattyville Housing and Development Corporation, Inc.**, c/o David M. Stout

I further certify that on April 21, 2017 I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:

**Michelle Little**
56 Wilson Blvd.
Beattyville, Kentucky 41311

**Capital One Bank (USA), N.A.**
1500 Capital One Drive
Richmond, Virginia 23238


                /s/ Lauren B. Durham
                Lauren B. Durham
                Foreman Watson Holtrey, LLP
                *Attorney for Plaintiff*